| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 66.168.51.162 | 1/20/14 11:11:48 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Watertown | Dodge |
| 2 | 96.41.224.198 | 1/19/14 02:54:51 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Beaver Dam | Dodge |
| 3 | 75.135.71.52 | 1/18/14 01:38:57 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Watertown | Dodge |
| 4 | 75.129.150.86 | 1/4/14 12:34:30 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Beaver Dam | Dodge |
| 5 | 97.95.52.33 | 1/19/14 05:30:49 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Fond Du Lac | Fond du Lac |
| 6 | 24.196.119.130 | 1/18/14 11:23:30 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Fond Du Lac | Fond du Lac |
| 7 | 97.95.60.92 | 1/17/14 08:05:51 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Fond Du Lac | Fond du Lac |
| 8 | 71.87.43.104 | 1/17/14 06:29:19 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Fond Du Lac | Fond du Lac |
| 9 | 71.94.103.40 | 1/12/14 01:33:28 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Fond Du Lac | Fond du Lac |
| 10 | 68.115.39.60 | 1/12/14 11:45:59 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Fond Du Lac | Fond du Lac |
| 11 | 71.87.45.149 | 1/4/14 11:14:25 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Fond Du Lac | Fond du Lac |
| 12 | 71.90.108.57 | 1/5/14 03:04:08 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Twin Lakes | Kenosha |
| 13 | 75.128.218.142 | 1/20/14 07:54:29 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Sheboygan | Sheboygan |
| 14 | 75.128.216.11 | 1/14/14 11:15:57 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Sheboygan | Sheboygan |
| 15 | 71.90.58.81 | 1/4/14 12:31:50 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Sheboygan | Sheboygan |
| 16 | 68.185.174.30 | 1/22/14 03:05:03 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Delavan | Walworth |
| 17 | 24.159.248.68 | 1/22/14 01:06:29 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Elkhorn | Walworth |
| 18 | 71.82.174.162 | 1/20/14 04:17:09 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Genoa City | Walworth |
| 19 | 68.190.160.198 | 1/14/14 07:31:33 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Walworth | Walworth |
| 20 | 75.128.195.200 | 1/21/14 04:05:12 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | West Bend | Washington |
| 21 | 75.128.192.236 | 1/21/14 01:23:12 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | West Bend | Washington |
| 22 | 68.117.23.78 | 1/19/14 | SHA1: | Charter | Slinger | Washington |

**Exhibit B**

| | | 04:51:40 PM | 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Communications | | |
|---|---|---|---|---|---|---|
| 23 | 75.128.192.233 | 1/17/14 11:37:00 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | West Bend | Washington |
| 24 | 68.114.238.149 | 1/13/14 02:04:03 AM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | West Bend | Washington |
| 25 | 68.117.22.150 | 1/10/14 11:13:29 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | West Bend | Washington |
| 26 | 24.159.226.143 | 1/18/14 11:14:14 PM | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Charter Communications | Oconomowoc | Waukesha |