RTR

I oBJect, did not Do. Someone Else used my Internet

U.S. DIST. COURT EAST DIST. WISC
FILED
MAY 23 2014
AT _____O'CLOCK_____ M
JON W. SANFILIPPO, CLERK