IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

DALLAS BUYERS CLUB LLC,

    Plaintiff,

    v.                            Case No. 2:13-cv-00360-RTR

Does 1-26,

    Defendant.

---

NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that Erin Kathryn Russell of The Russell Firm, whose address is 233 South Wacker Drive, 84th Floor, Chicago, Illinois, 60606, hereby enters her appearance on behalf of Defendant John Doe 11. All pleadings and other documents should be served upon her by ECF or at the foregoing address.

This the 30th day of May, 2014.

                                          Respectfully submitted,

                                          /s/ Erin Kathryn Russell
                                          Erin Kathryn Russell
                                          THE RUSSELL FIRM, LLC
                                          233 South Wacker Drive, 84th Floor
                                          Chicago, Illinois 60606
                                          T: 312-994-2424
                                          F: 312-706-9766
                                          erin@russellfirmchicago.com