**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) ) ) ) ) |
| v. | ) ) Case: No. 14-cv-360 |
| Does | ) ) ) |

**PLAINTFF'S RESPONSE TO UNKNOWN FILER'S OBJECTION [DOCKET # 9]**

An unknown party has filed an objection to the subpoena that was issued to discover the identities of the defendants. The objection should be denied for several reasons. First, the filer is unidentified in violation of Fed. R. Civ. P. 11(a). *See TCYK, LLC v. Doe*, 2013 U.S. Dist. LEXIS 116211, 2-3, 2013 WL 4434451 (E.D. Wis. Aug. 16, 2013). Moreover, if the objection is based on privacy concerns or an argument on the merits, such arguments are premature at this juncture. *Id*. Consequently, Plaintiff respectfully requests that the objection be denied.

DATED: June 18, 2014              Respectfully submitted,

                                                          Takiguchi & Vogt, LLP
                                                          1415 West 22nd Street, Tower Floor
                                                          Oakbrook, IL 60523
                                                          (630) 974-5707
                                                          Attorneys for Plaintiff

                                        By:    /s/ Keith A. Vogt (IL Bar 6207971)
                                                          KVogt@takiguchiandvogt.com

1